IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANTANA MCCAULEY,

Defendant.

8:21CR315

INDICTMENT

18 U.S.C. §§ 111(a)(1) and (b)
18 U.S.C. § 1512(b)(2)(A)

The Grand Jury charges that

## COUNT ONE
(Assault On An Officer Causing Bodily Injury)

On or about December 2, 2021, in the District of Nebraska, defendant SANTANA MCCAULEY, did then and there forcibly assault, resist, oppose, impede, intimidate, and interfere with B.C., while B.C. was employed as an Omaha Nation Law Enforcement Services officer pursuant to 25 U.S.C. § 2804 and while B.C. was engaged in the performance of his official duties, and defendant SANTANA MCCAULEY did inflict bodily injury on B.C.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

1

## COUNT TWO
(Witness Tampering)

On or about December 2, 2021, in the District of Nebraska, defendant SANTANA MCCAULEY, did knowingly intimidate, threaten, and corruptly persuade B.C., and knowingly attempted to intimidate, threaten, and corruptly persuade B.C., with the intent to cause and induce B.C. to withhold testimony from an official proceeding, by telling B.C. after assaulting B.C., as charged in Count One of this Indictment, that he was going to cause more harm to B.C. and was going to harm B.C. when B.C. was not working.

In violation of Title 18, United States Code, Section 1512(b)(2)(A).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
JODY B. MULLIS
Assistant U.S. Attorney