IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SANTANA MCCAULEY,<br><br>                Defendant. | 8:21CR315<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

        The defendant appeared before the Court on March 13, 2024 regarding Petition for Offender Under Supervision [42].  Kelly Steenbock represented the defendant.  Kathryn Pflug represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

        The defendant is being released pending a final dispositional hearing.  Therefore, the defendant does not have a right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on April 24, 2024.

         The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision including avoiding all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to the co-defendant.

        **IT IS SO ORDERED**.

        Dated this 13th day of March, 2024.

                                                                                      BY THE COURT:

                                                                                   s/ Susan M. Bazis<br>
                                                                                   United States Magistrate Judge